[No. 26842. Department Two. April 20, 1938.]

JOHN D. REAGH *et al., Respondents,* v. GEORGE W. HAMILTON, *as Attorney General, Defendant,* MOLLIE PEIRCE MOLLER; *Appellant.*[1]

*James G. Mulroy,* for appellant.
*Matthew Stafford,* for respondents.

PER CURIAM.—This appeal has been considered and effectually disposed of in our opinion, this day filed, in No. 26973, *Reagh v. Hamilton, ante* p. 449, 78 P. (2d) 555. The judgment involved in the instant appeal will be affirmed for the reasons therein stated. Although this judgment was prematurely entered, it would be an idle gesture to reverse it, in view of our holding in No. 26973 that appellant had no right to intervene.

[1]Reported in 78 P. (2d) 559.